# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY,**

    Plaintiff,

    V.        CASE NUMBER: **04-C-1185**

**MICHAEL A. GRAHAM,**

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Plaintiff American National Property & Casualty Company's motion for summary judgment, on its claims that the defendant violated certain terms of his agency agreements, is DENIED.**

**Defendant Michael A. Graham's motion for summary judgment is GRANTED.**

**This action is hereby DISMISSED.**

|   |   |
|---|---|
|     March 12, 2007 |  JON W. SANFILIPPO |
| Date | Clerk |
|   |  s/ Linda M. Zik |
|   | (By) Deputy Clerk |